UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Donald K. Brown, Jr.,

       Petitioner,

vs.

                                           ORDER ADOPTING
                                 REPORT AND RECOMMENDATION

Warden R. Marques,

       Respondent.                     Civil No. 18-825 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1.      That the Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

2.      This action is **DISMISSED** with prejudice.

3.      Let Judgment be entered accordingly.

DATED: 8/2/18                            s/Patrick J. Schiltz
At Minneapolis, Minnesota              Patrick J. Schiltz, Judge
                                   United States District Court